Bruce LYLES, Appellant,

v.

STATE of Missouri, Respondent.

No. 64411.

Missouri Court of Appeals,
Eastern District,
Division One.

March 15, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 13, 1994.

Application to Transfer Denied
May 26, 1994.

David C. Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing after his guilty plea to second degree robbery. We find no clear error. Rule 24.035(j). We further find an opinion would have no precedential value and affirm by written order. Rule 84.-16(b)(2). A memorandum has been given to the parties for their use only.